```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

Edward Farley

    v.                    Case No. 10-cv-345-PB

Patti Blanchette, et al


                              ORDER

    Re: Document No. 22, Motion for ECF Password and Login

    Motion denied, but not for the reasons stated in the partial objections to the motion.  Pursuant to Administrative Procedures for Electronic Filing Rules 2.1(d) and 6.1(c), a non-prisoner pro se party who seeks to obtain an Electronic Case Filing (ECF) login and password must make that request on a form prescribed by the clerk's office.  AP 2.1 (d) & 6.1(c). Plaintiff having failed to comply with this requirement, the motion for an ECF login and password is denied without prejudice.  The clerk's office shall provide the plaintiff with the above-referenced form and the plaintiff may resubmit a motion for an ECF login and password using that form.

For the future reference of all parties, the court notes that pro se parties, including attorneys who are appearing pro se, are not required to file documents electronically and may elect to file and serve documents conventionally (i.e. in paper).  AP 2.1(d).  In that event, all electronically filed documents must be conventionally served on that pro se litigant.  <u>Id</u>.  Thus, the defendants' partial objection (i.e. the insistence that the plaintiff continue to serve them with paper documents of court filings) is required by the court rules and, as a result, is not a legitimate basis upon which to object to a request of a pro se party to file documents electronically.

As it is early in this case, the court reminds the parties that both counsel and pro se litigants are expected to read, understand and comply with the Federal Rules of Civil Procedure,

the District's Local Rules, and the District's Administrative Procedures for Electronic Filing.

So Ordered.

                                            /s/ Daniel J. Lynch
                                            Daniel J. Lynch
                                            U.S. Magistrate Judge

Date: October 13, 2010

cc:   Edward Farley, Pro Se
      Patti Blanchette. Pro Se
      Lisa Herbster, Pro Se
      Nancy Smith, Esq.
      James Laboe, Esq.
      Jeffrey Karlin, Esq.
      Michael Tierney, Esq.